420 Lexington Avenue
New York, NY 10170
www.mta.info

Justin R. Vonashek
President



**Metro-North Railroad**

---

> Application denied. Defendant shall direct any such application to the assigned mediator.
>
> The Clerk of the Court is respectfully directed to terminate the letter motion pending at Doc. 9.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           August 19, 2025

---

August 18, 2025

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant, Jr.
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

By ECF

Re:   Eric Rosen v. Metro-North
      File No.: 25-cv-05658 (PMH)

Dear Judge Halpern:

Defendant Metro-North Commuter Railroad Company ("Metro-North") respectfully submits this letter requesting that the Court delay referring this case to mediation under Local Civil Rule 83.9. ECF 8.

Defendant is requesting this delay since Defendant has tendered this claim to non-party, Alfredo, Inc., the company that had the responsibility to remove snow and ice from the platform area where Plaintiff purportedly slipped and fell on the day of his accident. Pursuant to an agreement, Alfredo took the responsibility of removing snow and ice from Metro-North's North White Plains' facility. Plaintiff claims that he slipped and fell due to the presence of frost and ice on the walkway platform within Metro-North's North White Plains facility.

Upon receipt of Plaintiff's Complaint and after completion of investigation of this incident, on August 5, 2025, Defendant forwarded a tender letter to Alfredo and Alfredo's insurer, Michigan Miller Insurance Company. To date, Defendant has not received a response to the tender. Depending

on Alfredo's position concerning this tender, Alfredo and its insurance carrier will either agree to defend Metro-North as they have done on prior similar actions, or Defendant Metro-North will be forced to commence a Third-Party action against Alfredo, Inc.

As such, Defendant contends that referring this matter for mediation at this time will be premature and suggests a Thirty-Day delay until such time Defendant can notify the Court of the status of Metro-North's tender to Alfredo and/or whether Metro-North intends to commence a Third-Party action. A fruitful mediation can only go forward with the presence of Alfredo.

Thank you for your courtesy in this matter.

Very truly yours,

Alan Muraidekh
Sr. Associate Counsel
(212) 340-2203