THE **KANTOR GULL**

348 Harris Hill Rd
Williamsville, New

(716) 626-0
www.kantorgull

> Application denied without prejudice for failure to comply with the Court's Individual Practices. Plaintiff may renew its request by filing a joint letter as set forth in Rule 4(D).
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 24.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 15, 2026

June 15, 2026

**VIA ECF – Electronic Case Filing**
Honorable Philip M. Halpern
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 502
White Plains, New York 10601-4150

> *Re:*    **Rosen v. Metro-North Commuter Railroad Company**
> **File No.: 7:25-cv-05658-PMH**
> **Letter regarding outstanding discovery**

Dear Judge Halpern:

The Plaintiff seeks to advise the Court of ongoing disputes between the parties that have stalled progress in the above-referenced matter.

### I.    Discovery Deadlines:

The following deadlines were set forth pursuant to the Court's April 14, 2026, Civil Case Discovery Plan and Scheduling Order:

- Fact discovery to be completed by August 12, 2026;
- A joint letter concerning settlement/mediation by August 26, 2026; and
- All discovery to be completed by September 28, 2026.

At this time, the Plaintiff anticipates that these deadlines will not be met due to Third-Party Defendant Alfredo's failure to respond to discovery demands, as outlined below.

### II.    Third-Party Defendant Alfredo's Outstanding Discovery Responses:

On February 2, 2026, the Plaintiff served Third-Party Defendant Alfredo with discovery demands. The Plaintiff initially followed up to these demands on March 2, 2026, and March 17, 2026, without response from Mr. Christopher Devanny, Esq., Attorney for Third-Party Defendant Alfredo. *Please find correspondence between Counsel attached hereto as **Exhibit A**.*

On April 7, 2026, the parties agreed that Third-Party Defendant Alfredo would provide outstanding discovery responses no later than May 4, 2026. *See Exhibit A.* When this agreed upon deadline elapsed, the Plaintiff again followed up with Counsel on May 7, 2026. *See Exhibit A.* On May 12, 2026, Mr. Devanny indicated that he would provide said responses "shortly." *See Exhibit A.* On June 2, 2026, Plaintiff again followed up with Mr. Devanny regarding these outstanding responses, which went unanswered. *See Exhibit A.*

Finally, on June 12, 2026, the Plaintiff contacted Counsel again advising that we would have no other option than to contact the Court should we not receive responses by June 15, 2026. *See Exhibit A*. No response or request for an extension has been received to date.

III.    **Inability to Proceed with Discovery:**

As Plaintiff has relayed in prior discussions with Counsel, the parties are unable to proceed with initial depositions until discovery responses have been received. Not only has Third-Party Defendant's failure to provide discovery responses stalled discovery, but it is ultimately delaying the contractual issues pending between Defendant Metro-North and Third-Party Defendant Alfredo, which largely weighs on the potential resolution of this matter.

As such, the Plaintiff seeks the Court's assistance in moving this case forward and respectfully requests that Third-Party Defendant Alfredo's objections be deemed waived for failure to timely respond to outstanding discovery demands.

If the Court wishes to schedule a hearing regarding this matter, the Plaintiff respectfully requests said hearing be held virtually, as our office is located in Buffalo, New York.

Thank you for your consideration.

Respectfully submitted,

Christina M. Gullo, Esq.
The Kantor Gullo Law Firm, PLLC
348 Harris Hill, Suite A
Williamsville, New York 14221
Phone: (716) 626-0404
Email: cgullo@kantorgullolaw.com

CC:    Alan Muraidekh, Esq.
       Metro-North Commuter Railroad Company
       420 Lexington Avenue, 11th Floor
       New York, New York 10170
       Phone: (212) 340-2538
       Email: amuraidekh@mnr.org

       Christopher Devanny, Esq.
       Kent McBride, P.C.
       One Arin Park
       1715 Highway 35, Suite 305
       Middletown, New Jersey 07748
       Phone: (732) 781-1307
       Email: cdevanny@kentmcbride.com