UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC ROSEN,

                Plaintiff,

        -against-

METRO-NORTH COMMUTER RAILROAD
COMPANY,

                Defendant.

AND

METRO-NORTH COMMUTER RAILROAD
COMPANY,

        Third Party Plaintiff,

        -against-

ALFREDO, LDC,

        Third Party Defendant

**ORDER**

25-CV-05658 (PMH)

PHILIP M. HALPERN, United States District Judge:

On June 16, 2026, Third Party Defendant filed multiple documents consisting of discovery materials. (Docs. 26, 27, 28, 29). The Court does not permit the parties to file discovery materials on the docket.

Accordingly, the Court respectfully directs the Clerk of Court to strike the discovery materials docketed on June 16, 2026 (Docs. 26, 27, 28, 29) from the docket but retain the summary docket text for the record.

Dated: White Plains, New York
      June 16, 2026

_____
Philip M. Halpern
United States District Judge